JESSIE A. WRIGHT, d. b., *vs.* the STATE OF DELAWARE, by complaint of STANSBURY H. PARSONS, p. b.

*Justice of Peace—Certiorari—Statute—Works of Necessity and Charity.*

When the record of the Justice does not negative the exceptions contained in the statute, and show that the worldly business which it is alleged was performed was not a work of necessity or charity, the judgment below will be reversed.

(*October* 11, 1907.)

LORE, C. J., and GRUBB and BOYCE, J. J., sitting.

*James A. Marsh* for plaintiff in error.

*Robert H. Richards, R. C. White* and *J. M. Tunnell*, for defendant in error.

Superior Court, Sussex County, October Term, 1907.

CERTIORARI to William A. Warrington, a Justice of the Peace in and for Sussex County, (No. 30, October Term, 1907).

Among the exceptions filed to the record of the Justice, was the following, viz.:

"*Third.* That neither the complaint nor the record negatives the exceptions contained in the statute, nor shows that the worldly business, which said record alleges was performed, was not work of necessity and charity."

Judgment below reversed.